## NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000438
09-SEP-2015
08:15 AM**

NO. CAAP-14-0000438


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THE BANK OF NEW YORK MELLON
fka The Bank of New York as Trustee for the
CertificateHolders of CWABS 2004-01, Plaintiff-Appellee,
v.
RALPH KEIJI SAITO, Defendant-Appellant,
and
FIRST HAWAIIAN BANK, Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0419-02)

ORDER GRANTING IN PART THE AUGUST 6, 2015 MOTION
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of the August 6, 2015 Joint Motion

for Dismissal with Prejudice of Appeal (Motion) by Defendant-

Appellant Ralph Keiji Saito (Saito) and Plaintiff-Appellee The

Bank of New York Mellon (BNYM), the papers in support and in

opposition, the related declarations, the records and files

herein, and Hawai'i Rules of Appellate Procedure Rule 42(b)

related to dismissal of an appeal after docketing and Rule 39(a)

related to fees and costs when a case is dismissed,

IT IS HEREBY ORDERED that the Motion is granted in part. The appeal is dismissed, and Saito and BNYM shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, September 9, 2015.

Chief Judge

Associate Judge

Associate Judge